## ANGEL TORREZ V. STATE.

No. 29,947. June 25, 1958
Appellant's Motion for Rehearing Overruled
(Without Written Opinion) November 12, 1958.

*John J. Herrera,* Houston, for appellant.

*King C. Haynie,* Houston, amicus curiae.

*Dan Walton,* District Attorney, *Thomas D. White, Sam. H. Robertson, Jr.,* Assistants District Attorney, Houston, and *Leon Douglas,* State's Attorney, Austin, for the state.

BELCHER, Judge.

The offense is misdemeanor embezzlement; the punishment, 5 days in jail and $25 fine.

The conviction was had during the December term of the County Court at Law No. 3, of Harris County, which began December 2, 1957, and expired February 1, 1958.

Judgment was rendered and entered on January 9, 1958. Appellant's original motion for a new trial was filed January 9, 1958, and it was not amended.

No action was taken by the trial court on the original motion for a new trial within twenty days after it was filed. Therefore, it was overruled by operation of law within the term in which the judgment of conviction was rendered. Art. 755, Vernon's A.C.C.P Mahon v. State, 163 Texas Cr. Rep. 36, 288 S.W. 2d

508; DeHay v. State, 163 Texas Cr. Rep. 516, 294 SW 2d 401. No notice of appeal was given at the December term, 1957, of said court. Therefore, the judgment became final upon the expiration of the December term. Notice of appeal during said term was requisite in order to confer jurisdiction of the appeal upon this court. Art. 827, Vernon's A.C.C.P. Woodward v. State, 163 Texas Cr. Rep. 516, 295 S.W. 2d 659.

The appeal is dismissed.

Opinion approved by the Court.